# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | NO. SA CV 09-1002 AG (FMO)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 1, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE